UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PATRICIA LIZARRAGA,

               Plaintiff,                                      08 Civ. 01732 (RMB)

      -against-                                STATEMENT OF
                                           DEFENDANT PURSUANT
CALYON SECURITIES (USA), INC.,         TO FED. R. CIV. P. 7.1

               Defendant.
------------------------------------------------------------------------X

        Counsel for defendant Calyon Securities (USA), Inc. hereby identifies its

corporate affiliates as follows:

        Defendant is a subsidiary of Calyon, securities of which are not publicly traded.

Credit Agricole S.A., a publicly traded French institution, owns more than 10% of Calyon.

Dated: New York, New York
       March 28, 2008

                               HOGAN & HARTSON LLP


                               By:_____/s/_____
                                 Barbara M. Roth (BR 1982)
                                 Christine M. Wilson (CW 3440)
                                 875 Third Avenue
                                 New York, New York 10022
                                 (212) 918-3000

                               *Attorneys for Defendant Calyon*
                               *Securities (USA), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATRICIA LIZARRAGA,

               Plaintiff,                                08 Civ. 01732 (RMB)

               -against-

CALYON SECURITIES (USA), INC.,

               Defendant.
-------------------------------------------------------------------------X

CERTIFICATE OF SERVICE

        I, Christine M. Wilson, hereby certify that on March 28, 2008, I caused the accompanying **ANSWER** and **STATEMENT OF DEFENDANT PURSUANT TO FED. R. CIV. P. 7.1** to be served electronically (via the Court's ECF system) and by regular first class mail to the person named below:

David L. Greenberger, Esq.
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, NY  10022
(212) 687-8500
Attorneys for Plaintiff

Christine M. Wilson (CW 8440)

Attorneys for Defendant Calyon Securities (USA), Inc.
875 Third Avenue
New York, New York 10022
(212) 918-3000