USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PATRICIA LIZARRAGA,                :   08 Civ. 01732
                                   :
           Plaintiff,              :   **Case Management Plan**
                                   :
      -against-                    :
                                   :
CALYON SECURITIES (USA), INC.,     :
                                   :
           Defendant.              :
------------------------------------------------------------ X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by <u>N/A.</u>

(ii)  Amend the pleadings by <u>April 30, 2008.</u>

(iii) All discovery to be **expeditiously** completed by ~~March 1, 2009~~ <u>July 31, 08 (Fact + Expert)</u>

(iv)  Consent to Proceed before Magistrate Judge <u>to be determined.</u>

(v)   Status of settlement discussions <u>continuing</u>

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Conference _____

(ix)  Final ~~Pre-Trial~~ Settlement Conference <u>7/31/08 @ 9:15 with Principals</u>

(x)   Trial _____

(xi)  Other <u>Work on Settlement; Pre-trial issues to be presented to J. Katz (e.g. discovery)</u>

SO ORDERED: New York, New York
3/31/08

RMB
_____
Hon. Richard M. Berman, U.S.D.J.