UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PATRICIA LIZARRAGA,    :    08 CV 1732 (RMB)

                Plaintiff,    :    **STIPULATION AND ORDER**

  -against-    :

CALYON SECURITIES (USA) INC.,    :    **MEMO ENDORSED**
                Defendant.    :    *As amended*
-----------------------------------------------------------x

IT IS HEREBY AGREED by and between the undersigned counsel that the time for plaintiff to respond to Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Document Requests to Plaintiff, both dated April 18, 2008, is extended from May 19, 2008 to and including June 9, 2008.

IT IS HEREBY FURTHER AGREED that the time for defendant to respond to plaintiff's First Set of Document Requests dated April 25, 2008 is extended from May 27, 2008 to and including June 16, 2008.

There has been no prior extension of time or request for an extension of time.

Dated: New York, New York
       May 28, 2008

LIDDLE & ROBINSON, L.L.P.                                HOGAN & HARTSON L.L.P.

By: _____                              By: _____
    David I. Greenberger, Esq.                                  Christine M. Wilson, Esq.
    Attorneys for Plaintiff                                      Attorneys for Defendant
    800 Third Avenue                                             875 Third Avenue
    New York, New York 10022                                     New York, New York 10022
    (212) 687-8500                                               (212) 918-3000

~~SO ORDERED~~ Discovery issues should be resolved with Judge Katz
RMB
U.S.D.J.   5/30/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08