*Katz, MJ*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICIA LIZARRAGA,

                    Plaintiff,

-against-

CALYON SECURITIES (USA) INC.,

                    Defendant.

------------------------------------------------------------x

08 CV 1732 (RMB)(THK)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

IT IS HEREBY AGREED by and between the undersigned counsel that the time for plaintiff to respond to Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Document Requests to Plaintiff, both dated April 18, 2008, is extended from May 19, 2008 to and including June 16, 2008.

IT IS HEREBY FURTHER AGREED that the time for defendant to respond to plaintiff's First Set of Document Requests dated April 25, 2008 is extended from May 27, 2008 to and including June 23, 2008.

There has been no prior extension of time or request for an extension of time.

Dated: New York, New York
       June 5, 2008

LIDDLE & ROBINSON, L.L.P.

By: _____
David I. Greenberger, Esq.
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 687-8500

SO ORDERED: 6/9/08

_____
U.S.M.J.

HOGAN & HARTSON L.L.P.

By: _____
Christine M. Wilson, Esq.
Attorneys for Defendant
875 Third Avenue
New York, New York 10022
(212) 918-3000