UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PATRICIA LIZARRAGA.,

                         Plaintiff,

                                                                                                 08CV1732 (RMB)(THK)
v.

CALYON SECURITIES (USA) INC.,                     **NOTICE OF APPEARANCE**


                        Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that Christine M. Wilson from the law firm Hogan & Hartson LLP appears as counsel on behalf of defendant Calyon Securities (USA) Inc. in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings are to be served upon the undersigned.

      I am a member of this Court, a registered electronic case filing user, and respectfully request that all documents submitted as electronic case filings in the above-captioned matter be sent to me at cmwilson@hhlaw.com.


Dated: June 10, 2008                      s/_____
                                              Christine M. Wilson
                                              HOGAN & HARTSON LLP
                                              875 Third Avenue
                                              New York, New York   10022
                                              Phone: 212 918-3000
                                              Fax: 212 918-3100
                                              cmwilson@hhlaw.com

# CERTIFICATE OF SERVICE

I hereby certify, that on this 10th day of June, 2008, the foregoing **Notice of Appearance** was filed with the Clerk of the Court and served in accordance with the Federal Rules Of Civil Procedure and the Southern District of New York's Rules on Electronic Service upon:

>David J. Greenberger, Esq.
>Liddle & Robinson, L.L.P.
>800 Third Avenue
>New York, New York  10022
>dgreenberger@liddlerobinson.com

Dated: New York , New York                    s/
                                                                      Christine M. Wilson