**HOGAN &
HARTSON**



Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 **Tel**
+1.212.918.3100 **Fax**

www.hhlaw.com

July 24, 2008

**MEMO ENDORSED**

Barbara M. Roth
Partner
212-918-3595
broth@hhlaw.com

*BY HAND DELIVERY*

The Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

RECEIVED
JUL 2_ 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

    Re:    **Lizarraga v. Calyon Securities (USA), Inc.**
            **08 Civ. 01732 (RMB) (THK)**

Dear Judge Berman:

    As counsel to defendant Calyon Securities (USA), Inc., we write on behalf of both parties to suggest an adjournment of the conference with Your Honor at 9:15 a.m. on July 31, which was previously scheduled to coincide with the end of discovery. Because of issues that have arisen (including the unavailability of witnesses in France), the parties have requested and received from Magistrate Judge Katz an extension of discovery to October 15. By Order dated July 18, 2008, Magistrate Judge Katz also directed the parties to engage in good faith settlement discussions no later than September 15, 2008 and to advise him if and when his assistance will be helpful in achieving resolution.

    Under these circumstances, we respectfully submit that the July 31 conference be adjourned to October 15 or a date thereafter to allow the parties to continue with discovery and comply with Magistrate Judge Katz's Order concerning settlement.

Respectfully submitted,

Barbara M. Roth

BMR:sag

cc:    David Greenberger, Esq.
        Andrea M. Paparella, Esq.

Conference adjourned to 9/23/08 at 9:30 a.m.

SO ORDERED:
Date: 7/25/08

Richard M. Berman, U.S.D.J.